

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2014

No. 04-14-00065-CR

Kendrick **RANDLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-13-0703
Honorable Brenda Chapman, Judge Presiding

# O R D E R

The court reporter's extension of time to file the reporter's record is NOTED. Time is extended to July 9, 2014. No further extensions will be granted.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court